UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ALREE B. SWEAT, III,

    Petitioner,

v.                                                                                         Civ. No. 19-987 JB/GJF

ATTORNEY GENERAL FOR THE
STATE OF NEW MEXICO,

    Respondent.

## ORDER SETTING REPLY DEADLINE

    In their answer to Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2254, Respondents assert that the petition should be dismissed with prejudice, and a certificate of appealability denied, because "[Petitioner] fails to identify any state-court merits adjudication that was (1) contrary to, or involved an unreasonable application of, clearly established federal law[ ] or (2) based upon an unreasonable determination" of facts given the evidentiary record. ECF 19 at 1. Pursuant to Rule 5(d) of the Rules Governing Section 2254 Cases, Petitioner as "the moving party[,] may file a reply to the respondent's answer" and the Court "must set the time to file [such a reply] unless the time is already set by local rule."

    **IT IS THEREFORE ORDERED** that Petitioner has until **December 21, 2022,** to file a reply to Respondent's answer [ECF 19].

    **SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE